UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Adam Zullo, et al.,

Plaintiff(s),

v.

Robinhood Markets Inc.,

Defendant(s).

Case No. 3:22-cv-00224-JCS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Danielle Scott, an active member in good standing of the bar of New York and South Carolina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff and Putative Class in the above-entitled action. My local co-counsel in this case is Aren Dumars, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 337337.

| 2004 Ralph Avenue, Brooklyn, NY 11234 | Conde Nast, One World Trade Center, NY, |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 718-531-9700 | 248-748-3894 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| dscott@heldhines.com | ardumars@gmail.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 13624 (SC).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/27/22

Danielle Scott
APPLICANT

ORDER DENYING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 31, 2022

_____
UNITED STATES DISTRICT JUDGE

\*\*\* Local counsel does not appear in this courts records with the name or number submitted in this application. If the request is re-submitted please fill out the application completely.

Updated 11/2021

2